**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL AVENUE, SUITE D258
LITTLE ROCK, AR 72201

BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE

OFFICE: (501) 604-5400
FAX: (501) 604-5407

April 12, 2011

Andrea Davis
Andi Davis Law Firm, P.A.
835 Central Avenue, Suite 506
Hot Springs, AR 71901

    Re:    *Thomas A. Martin v. Beard-Breeding Painting Co., Inc.*, Case No. 4:09cv00765 BSM

Dear Ms. Davis:

    On January 27, 2011, you filed a motion to withdraw. The motion was held in abeyance for thirty days by order dated January 28, 2011. The order directed that you provide Thomas Martin with a copy of the order, explain its requirements, and assist him in responding.

    Mr. Martin filed a motion *pro se* for appointment of counsel on February 22, 2011. In the motion, Mr. Martin states that you have not returned any papers or property to him. My law clerk contacted you via email on February 25, 2011, advising you that because your motion to withdraw was held in abeyance, you were still counsel of record. She further directed you to file an affidavit certifying that you took the action required by the order of January 28, 2011. And, although you responded by thanking her, we have not received your affidavit.

    On March 30, 2011, my law clerk received a call from Marge Martin, the wife of Mr. Martin. She was inquiring as to the *pro se* motion for appointment of counsel. She indicated that neither she nor her husband have been able to get in touch with you. She also stated that they have not received any of Mr. Martin's paperwork regarding the case.

    Until you are relieved as counsel of record, Mr. Martin's motion for appointment of counsel cannot be addressed. Therefore, you are directed to file the required affidavit within fourteen days. If you fail to do so, I will refer you to the Arkansas office of the committee

on professional conduct.

>Very truly yours,
>
>Brian S. Miller

cc: file