# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**THOMAS A. MARTIN**                                                                                       **PLAINTIFF**

**v.**                              **CASE NO. 4:09cv00765 BSM**

**BEARD-BREEDING PAINTING COMPANY, INC.**                                **DEFENDANT**

### ORDER

Attorney Paul E. Herrod, Herrod Law Firm, 1405 Pike Avenue, North Little Rock, AR 72114, telephone number 501-374-3959, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent plaintiff Thomas A. Martin in all further proceedings in this case.

The Clerk of Court is requested to send Mr. Herrod a copy of this order and Local Rule 83.7. Under Rule 83.7, counsel may make written application to withdraw within twenty-one (21) days of the date of this order; after that time, the appointment will take effect. Mr. Herrod may access the docket electronically on PACER.

DATED this 4th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE