UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THOMAS A. MARTIN**                                                                                    **PLAINTIFF**

v.                                    **CASE NO. 4:09cv00765 BSM**

**BEARD-BREEDING PAINTING COMPANY, INC.**                          **DEFENDANT**

**ORDER**

Attorney David L. Jones, Wright, Lindsey & Jennings, 200 West Capitol Avenue, Little Rock, AR 72201, telephone number 501-371-0808, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent plaintiff Thomas A. Martin in all further proceedings in this case.

The Clerk of Court is requested to send Mr. Jones a copy of this order and Local Rule 83.7. Under Rule 83.7, counsel may make written application to withdraw within twenty-one (21) days of the date of this order; after that time, the appointment will take effect. Mr. Jones may access the docket electronically on PACER.

DATED this 1st day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE