IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THOMAS A. MARTIN**                                                                                       **PLAINTIFF**

**v.**                                                  **4:09CV00765 BSM**

**BEARD-BREEDING PAINTING COMPANY, INC.**                                  **DEFENDANT**

## ORDER

Upon plaintiff Thomas A. Martin's stipulation of dismissal [Doc. No. 56], all claims against defendant Beard-Breeding Painting Company, Inc. are dismissed with prejudice. Each party will bear its own costs, attorneys's fees and expenses.

IT IS SO ORDERED this 15th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE